**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Techdash Communications, LLC**                                CASE NO   24-32819

                                                                CHAPTER   **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  06/18/2024                          Signature  /s/Wes Hesker
                                                     **Wes Hesker**
                                                     **Chief Liquidating Officer/VP Finance**

Date  _____             Signature  _____

1974 Portfolio Investments I, LLC
1230 Rosecrans Ave. Suite 425
Manhattan Beach, CA 90266


Airway Technologies Inc
2350 Litton Lane, Ste. 200
Hebron, KY 41048


Automotive Rentals Inc
PO Box 8500-4375
Philadelphia, PA 19178-4375


Baker Tilly Virchow Krause, LLP
PO Box 78975
Milwaukee, WI 53278


Blue Cross Blue Shield of Texas
PO Box 650615
Dallas, TX 75265-0615


Brillio LLC
399 Thornall St, First Floor
Edison, NJ 08837


Capitol Services, Inc.
PO Box 1831
Austin, Texas 78767


Communication Services Ghost #7643
PO Box 600
Boulder, CO


CWA Union Dues Holding Acct
PO Box 79176
Baltimore, MD 21279-0176

Donlen LLC
3000 Lakeside Drive, 2nd Floor
Bannockburn, IL 60015


Endeavor Wireless Solutions LLC
3120 W. Carefree Hwy, Ste. 1-418
Phoenix, AZ 85086


Enterprise Holdings, INC (EAN Services)
PO Box 840173
Kansas City, MO 64184


Equity Trust Company
FBO James Osborn Roeder IRA
1 Equity Way
Westlake, OH 44145

FedEx
P.O. Box 660481
Dallas, TX 75266


Goodman Networks
2801 Network Blvd, Ste 300
Frisco, TX 75034


Goodman Peak
640 Lee Road, 3rd Floor
Wayne, PA 19087


Graybar Electric Co Inc
PO Box 840458
Dallas, TX 75284


Greater Tech Holdings, Inc.
P.O. Box 2371
Fredericksburg, TX 78624-1921

GTH-MGMT LLC
103 Industrial Loop, Suite 1100
Fredericksburg, TX 78624


Haymarket Insurance Company
415 Bedford Road, Suite 102
Pleasantville, NY 10570


IEWC Corp
Attn: Accounts Payable
PO Box 510908
New Berlin, WI 53151-0908


Jackson Lewis P.C.
1133 Westchester Ave, Suite S125
West Harrison, NY 10604


James Roeder
200 Hein Road
Fredericksburg, TX 78624


John Goodman
1008 Middle Creek Road
Fredericksburg, TX 78624


Micah C McKinney Trust
415 S. Washington
Fredericksburg, TX 78624


Murray L. Bristol
10440 N. Central Expy., Ste. 800
Dallas, Texas 75231


Mustang Expediting Inc
35 Stanley Drive
Aston, PA 19014

Scott Pickett
4742 Star Ridge Lane
Frisco, TX 75034


Scott Sidel
6505 W. Park Blvd. Ste. 306
Plano, TX 75093


Techdash Communications, LLC
P.O. Box 2371
Fredericksburg, Texas 78624-1921


TESSCO Inc
11126 McCormick Road
Hunt Valley, MD 21031


Texas Comptroller
P.O. 13528
Capital Station
Austin, TX 78711-3528

Verizon Wireless 7170
PO Box 660108
Dallas, TX 75266-0108


Vista Bank
5840 W. Northwest Highway
Dallas, TX 75225