**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Techdash Communications, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-32819** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 | $0.00 |

**Texas Comptroller**

**P.O. 13528**

**Capital Station**

**Austin**              **TX**    **78711-3528**

Date or dates debt was incurred

Last 4 digits of account number    **5  7  7  6**

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**State Franchise Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Techdash Communications, LLC**                          Case number (if known)   **24-32819**

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.20 |
|---|---|---|
| Airway Technologies Inc | ☐ Contingent | |
| 2350 Litton Lane, Ste. 200 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Hebron               KY      41048 | | |
| Date or dates debt was incurred     6/8/2023 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☑ No  ☐ Yes | |

| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ($2,633.58) |
|---|---|---|
| Automotive Rentals Inc | ☐ Contingent | |
| PO Box 8500-4375 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Philadelphia           PA      19178-4375 | | |
| Date or dates debt was incurred     5/25/2023 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☑ No  ☐ Yes | |

| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,220.21 |
|---|---|---|
| Baker Tilly Virchow Krause, LLP | ☐ Contingent | |
| PO Box 78975 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Milwaukee             WI      53278 | | |
| Date or dates debt was incurred     5/25/2023 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☑ No  ☐ Yes | |

| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.28 |
|---|---|---|
| Blue Cross Blue Shield of Texas | ☐ Contingent | |
| PO Box 650615 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Dallas                TX      75265-0615 | | |
| Date or dates debt was incurred     10/1/2023 | Is the claim subject to offset? | |
| Last 4 digits of account number   __ __ __ __ | ☑ No  ☐ Yes | |

Debtor   **Techdash Communications, LLC**                          Case number (if known) **24-32819**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$264.23** |
|---|---|---|---|

**Brillio LLC**

**399 Thornall St, First Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Edison                         NJ        08837**

Date or dates debt was incurred      **5/19/2023**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,971.25** |
|---|---|---|---|

**Capitol Services, Inc.**

**PO Box 1831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Austin                         TX        78767**

Date or dates debt was incurred      **8/1/2023**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$297.00** |
|---|---|---|---|

**Communication Services Ghost #7643**

**PO Box 600**

**Boulder, CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred      **8/30/2023**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.07** |
|---|---|---|---|

**CWA Union Dues Holding Acct**

**PO Box 79176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Baltimore                      MD        21279-0176**

Date or dates debt was incurred      **8/11/2023**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Techdash Communications, LLC**                                    Case number (if known)   **24-32819**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,790.89** |
|---|---|---|---|

**Donlen LLC**                                                              ☐ Contingent

**3000 Lakeside Drive, 2nd Floor**                                           ☐ Unliquidated

                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**Bannockburn**                    **IL       60015**                          _____

Date or dates debt was incurred                                             **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                            ☑ No
                                                                            ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$212,445.00** |
|---|---|---|---|

**Endeavor Wireless Solutions LLC**                                          ☐ Contingent

**3120 W. Carefree Hwy, Ste. 1-418**                                         ☐ Unliquidated

                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**Phoenix**                        **AZ       85086**                          _____

Date or dates debt was incurred    **5/29/2023**                             **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                            ☑ No
                                                                            ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,001.73** |
|---|---|---|---|

**Enterprise Holdings, INC (EAN Services)**                                  ☐ Contingent

**PO Box 840173**                                                            ☐ Unliquidated

                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**Kansas City**                    **MO       64184**                          _____

Date or dates debt was incurred    **6/24/2023**                             **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                            ☑ No
                                                                            ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$192.45** |
|---|---|---|---|

**FedEx**                                                                    ☐ Contingent

**P.O. Box 660481**                                                          ☐ Unliquidated

                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**Dallas**                         **TX       75266**                          _____

Date or dates debt was incurred    **9/1/2023**                              **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __                            ☑ No
                                                                            ☐ Yes

Debtor    __Techdash Communications, LLC__                              Case number (if known)  __24-32819__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.28 |
|---|---|---|---|

__Graybar Electric Co Inc__

__PO Box 840458__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__                      __TX__    __75284__

| Date or dates debt was incurred | __6/21/2023__ |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __  __  __  __ |
|---|---|

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,322.84 |
|---|---|---|---|

__IEWC Corp__

__Attn: Accounts Payable__

__PO Box 510908__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__New Berlin__                  __WI__    __53151-0908__

| Date or dates debt was incurred | __7/1/2023__ |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __  __  __  __ |
|---|---|

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,122.00 |
|---|---|---|---|

__Jackson Lewis P.C.__

__1133 Westchester Ave, Suite S125__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__West Harrison__               __NY__    __10604__

| Date or dates debt was incurred | __5/16/2023__ |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __  __  __  __ |
|---|---|

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,930.78 |
|---|---|---|---|

__Mustang Expediting Inc__

__35 Stanley Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Aston__                       __PA__    __19014__

| Date or dates debt was incurred | __6/21/2023__ |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | __  __  __  __ |
|---|---|

Debtor  **Techdash Communications, LLC**                    Case number (if known)  **24-32819**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                      **$23,444.91**
*Check all that apply.*

**TESSCO Inc**

**11126 McCormick Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Hunt Valley**          **MD**   **21031**

Date or dates debt was incurred   **6/22/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _ _ _ _

| 3.18 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                                      **$1,337.66**
*Check all that apply.*

**Verizon Wireless 7170**

**PO Box 660108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas**             **TX**   **75266-0108**

Date or dates debt was incurred   **8/31/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _ _ _ _

Debtor  __Techdash Communications, LLC__                          Case number (if known)  __24-32819__

## Part 3:   List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** __1974 Portfolio Investments I, LLC__ <br> __1230 Rosecrans Ave. Suite 425__ <br><br> __Manhattan Beach        CA      90266__ | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.2** __Equity Trust Company__ <br> __FBO James Osborn Roeder IRA__ <br> __1 Equity Way__ <br><br> __Westlake             OH     44145__ | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.3** __Goodman Networks__ <br> __2801 Network Blvd, Ste 300__ <br><br> __Frisco              TX     75034__ | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.4** __Goodman Peak__ <br> __640 Lee Road, 3rd Floor__ <br><br> __Wayne               PA     19087__ | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.5** __GTH-MGMT LLC__ <br> __103 Industrial Loop, Suite 1100__ <br><br> __Fredericksburg       TX     78624__ | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.6** __Haymarket Insurance Company__ <br> __415 Bedford Road, Suite 102__ <br><br> __Pleasantville        NY     10570__ | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor     __Techdash Communications, LLC__                          Case number (if known)   __24-32819__

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | James Roeder<br>200 Hein Road<br><br>Fredericksburg      TX      78624 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.8 | John Goodman<br>1008 Middle Creek Road<br><br>Fredericksburg      TX      78624 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.9 | Micah C McKinney Trust<br>415 S. Washington<br><br>Fredericksburg      TX      78624 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.10 | Micah C. McKinney Trust<br>1506 Mud Creek Rd.<br><br>Fredericksburg      TX      78624 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.11 | Murray L. Bristol<br>10440 N. Central Expy., Ste. 800<br><br>Dallas      TX      75231 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.12 | Scott Pickett<br>4742 Star Ridge Lane<br><br>Frisco      TX      75034 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.13 | Scott Sidel<br>6505 W. Park Blvd. Ste. 306<br><br>Plano      TX      75093 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Techdash Communications, LLC**                                    Case number (if known)  **24-32819**

## Part 3:   Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.14   **Vista Bank**                                     Line _____          __ __ __ __

**5840 W. Northwest Highway**           ☑ Not listed.  Explain:

                                        **Notice Only**

**Dallas**                    **TX    75225**

Debtor      __Techdash Communications, LLC__                              Case number (if known)   __24-32819__

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  Total claims from Part 1 | 5a. | $0.00 |
| 5b.  Total claims from Part 2 | 5b. **+** | $273,319.20 |
| 5c.  Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $273,319.20 |